ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ALEXANDER SAMUEL
PETRACEK,

        Plaintiff,

      vs.

Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-01894-DMC

STIPULATION AND ORDER FOR AN
EXTENSION OF TIME

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from November 3, 2025, up to and including December 8, 2025.  This is Defendant's first request for an extension.

      At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

1    In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to

2   continue the ongoing operations of the SSA, no further financial obligations may be incurred by

3   SSA, except for that work which, as defined by law, is excepted from the limitations of Anti-

4   Deficiency Act (ADA). See 31 U.S.C. §§ 1341–1342.

5    Effective Monday, October 20, 2025, the Social Security Administration has determined

6   that undersigned counsel and colleagues within her office may perform work on Social Security

7   cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted

8   work.

9    Although the undersigned counsel is permitted to work on Social Security cases arising

10   under 42 U.S.C. § 405(g) as of October 20, 2025, undersigned counsel has many pressing

11   deadlines resulting from the lapse in funding.

12    Undersigned counsel therefore requests an extension of time for 30 days.

13    The parties further stipulate that the Court's Scheduling Order shall be modified

14   accordingly.

15

16                                      Respectfully submitted,

17   Dated: October 31, 2025            /s/ *Josephine M. Gerrard*___

18                                      (*as authorized via e-mail on October 31, 2025)
                                        JOSEPHINE M. GERRARD

19                                      Attorney for Plaintiff

20   Dated: October 31, 2025            ERIC GRANT

21                                      United States Attorney
                                        MATHEW W. PILE

22                                      Head of Program Litigation 1

23                                      Social Security Administration

24                        By:          /s/ *Erin Jurrens*___

25                                      ERIN JURRENS
                                        Special Assistant U.S. Attorney

26                                      Attorneys for Defendant

27

28

1

## **<u>ORDER</u>**

2          Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an

3   extension, up to and including December 8, 2025, to respond to Plaintiff's Motion for Summary

4   Judgment.

5

6          Dated:  October 31, 2025

7                                                              _____
                                                               DENNIS M. COTA
8                                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28