ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SAMUEL PETRACEK,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:25-cv-01894-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from December 8, 2025, up to and including January 9, 2026. This is Defendant's second request for an extension.

    Defendant requests this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion. The undersigned has several competing deadlines in pending cases, as well as planned leave.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated: November 19, 2025          /s/ *Josephine M. Gerrard**
                                                (*as authorized via e-mail on November 19, 2025)
                                                JOSEPHINE M. GERRARD
                                                Attorney for Plaintiff

Dated: November 19, 2025          ERIC GRANT
                                                United States Attorney
                                                MATHEW W. PILE
                                                Head of Program Litigation 1
                                                Social Security Administration

                                 By:      /s/ *Erin Jurrens*
                                                ERIN JURRENS
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 9, 2026, to respond to Plaintiff's Motion for Summary Judgment.

Dated: November 19, 2025

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE